## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00024-RPM

MUFFY MOORHEAD,

      Plaintiff,

  v.

STANDARD INSURANCE COMPANY,
CH2M HILL COMPANIES, LTD., and
CH2M HILL LTD COMPONENT PLAN,

      Defendants.

---

## ORDER RE: MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT STANDARD INSURANCE COMPANY

---

THIS MATTER, having come before the Court on Tamara F. Goodlette's Motion for Leave to Withdraw as Counsel of Record for Defendant Standard Insurance Company ("Motion," ECF No. 9), and the Court, having reviewed the Motion, and being fully advised in the premises, does hereby GRANT the Motion.

IT IS HEREBY ORDERED:

Tamara F. Goodlette shall be withdrawn as counsel of record for Defendant Standard Insurance Company in this action and the Clerk is directed to terminate her electronic service in this case.

DONE this 11th day of April, 2014.

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge